# The Law Firm of Leonard J. French

T: (610) 466-5644 – F: (888) 262-0632 – ljfrench@leonardjfrench.com
PO Box 37635 #75055 – Philadelphia, PA 19101-0635

January 28, 2020

**MEMO ENDORSED**

**VIA ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__1/28/2020__

Honorable Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

Re: Take-Two Interactive Software Inc., v. Wyckoff et al
No. 1:19-cv-11818-VEC

Dear Judge Caproni,

    I am counsel for Defendant, Johnathan Wyckoff. Defendant respectfully submits this letter with Plaintiff Take-Two Interactive Software, Inc.'s consent in accordance with Your Honor's Rules for Individual Practices in Civil Cases, paragraphs 3(A) & 2(C), to request that I, defense counsel, be allowed to appear telephonically at the February 7, 2020, Initial Pre-Trial Conference. In the alternative, the Parties request a 28-day adjournment of the Initial Pre-Trial Conference to Friday, March 6, 2020. This is my first request for an extension of time for the Initial Pre-Trial Conference. Take-Two consents to this request.

    I make this request because I am representing the Defendant Pro Bono and I'm currently abroad in Europe on a previously scheduled trip where I proposed to my fiancé who lives and works in Luxembourg. I had planned to stay through her February work holiday, returning February 24, 2020. Rescheduling my flight or booking a new itinerary would come at significant personal expense. The parties are actively working toward resolving the matter.

    Thank the court for your time and consideration in this matter.

Respectfully submitted,

/s/ Leonard J. French_____

Leonard J. French, Esq.
PA Bar: 312413
The Law Firm of Leonard J. French
PO Box 37635 #75055
Philadelphia, PA 19101-0635
P: (610) 466-5644
F: (888) 262-0632
E: ljfrench@leonardjfrench.com

---

Application GRANTED. The initial pretrial conference is adjourned to **March 6, 2020.** The parties' joint submission is due **February 27, 2020.**

SO ORDERED.

*Valerie Caproni*     1/28/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

    CC: All Counsel of Record via CM/ECF

(Page 1 of 1)