USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
TAKE-TWO INTERACTIVE SOFTWARE, INC.,

                        Plaintiff,

-against-

JOHNATHAN WYCKOFF and JOHN DOES 1–10,

                        Defendants.
------------------------------------------------------------- X

19-CV-11818 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS an initial pretrial conference in this matter is scheduled for **March 27, 2020 at 10:00 a.m.**;

WHEREAS a scheduling conflict has arisen on the Court's calendar;

IT IS HEREBY ORDERED that the initial pretrial conference is ADJOURNED to **April 3, 2020 at 10:00 a.m.** The parties' joint letter and proposed case management plan is due by **March 26, 2020**.

**SO ORDERED.**

Date:  **February 28, 2020**
        **New York, NY**

                                          **VALERIE CAPRONI**
                                          **United States District Judge**