USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_________________
DATE FILED: 2/28/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TAKE-TWO INTERACTIVE SOFTWARE INC.,<br><br>Plaintiff,<br><br>v.<br><br>JOHNATHAN WYCKOFF and JOHN DOES 1–10,<br><br>Defendants. | CASE NO. 1:19-cv-11818-VEC<br><br>ECF Case<br><br>**STIPULATION AND ~~[PROPOSED]~~ PRELIMINARY INJUNCTION AGAINST DEFENDANT JOHNATHAN WYCKOFF** |

WHEREAS, Take-Two Interactive Software, Inc. ("Take-Two") filed a complaint alleging direct copyright infringement, contributory copyright infringement, breach of contract, and tortious interference with contract (Dkt. No. 1) against Defendant Johnathan Wyckoff ("Mr. Wyckoff");

WHEREAS, Take-Two filed a motion for a preliminary injunction against Mr. Wyckoff (Dkt. No. 10);

WHEREAS, Mr. Wyckoff did not file an opposition to Take-Two's motion and consents to the issuance of Take-Two's requested injunction;

NOW, THEREFORE, upon the consent and request of Take-Two and Mr. Wyckoff, IT IS HEREBY STIPULATED AND AGREED THAT:

1. Defendant Johnathan Wyckoff, and all persons acting in concert or participation with him, is enjoined from directly or indirectly infringing Take-Two's copyrights, including, but not limited to, (a) creating derivative works based upon any portion of Take-Two's video games, including *Grand Theft Auto V*, *Red Dead Redemption*, and *Red Dead Redemption II*; (b) producing or distributing any computer programs that alter Take-Two's games, including

without limitation the *Red Dead Redemption Damned Enhancement Project* and the *Red Dead Redemption II Project*; and (c) from participating or assisting in any such activities (hereinafter, the "Preliminary Injunction").

2. This Preliminary Injunction shall take effect immediately and shall remain in effect pending trial in this action or further order of this Court.

3. The Court shall retain jurisdiction to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and/or enforce the provisions of this preliminary injunction.

4. Mr. Wyckoff affirms that his consent to this Stipulation is given freely and voluntarily, and after having had the opportunity to discuss same with legal counsel.

DATED: February 28, 2020

KIRKLAND & ELLIS LLP

*/s/ Dale M. Cendali*
Dale M. Cendali
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800
dale.cendali@kirkland.com

*Attorney for Plaintiff*

DATED: February 28, 2020

THE LAW FIRM OF LEONARD J. FRENCH

/s/leonardjfrench
Leonard French
442 Hamilton St.
Allentown, PA 18101
Telephone: (610) 466-5644
ljfrench@leonardjfrench.com

*Attorney for Defendant Johnathan Wyckoff*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 28, 2020

HON. VALERIE E. CAPRONI
United States District Judge