**MEMO ENDORSED**

**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Dale M. Cendali, P.C.
To Call Writer Directly:
+1 212 446 4846
dale.cendali@kirkland.com

Facsimile:
+1 212 446 4900

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/2/2020

March 2, 2020

**VIA ECF**

Hon. Valerie Caproni
United States District Court for the
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

Re: *Take-Two Interactive Software, Inc. v. Wyckoff*, No. 1:19-cv-11818-VEC

Dear Judge Caproni:

We represent Plaintiff Take-Two Interactive Software, Inc. ("Take-Two") in the above-referenced litigation. We write to request an adjournment of the initial pretrial conference currently scheduled for April 3, 2020 at 10:00 a.m. to April 17, 2020, and further seek to move the corresponding deadline for the parties to submit their joint letter and proposed case management plan to April 9, 2020.

On February 28, 2020, Your Honor adjourned the previously scheduled March 27, 2020 conference to April 3, 2020 due to a scheduling conflict that arose on the Court's calendar. *See* Ord. (Dkt. No. 28). Counsel for Take-Two, however, has an unavoidable conflict on April 3, 2020, which requires her to be out of state on that date. The next date on which both parties' counsel are available is Friday, April 17, 2020. Thus, Take-Two respectfully requests that the Court adjourn the initial conference to that date and further proposes that the Court move the corresponding deadline for the parties to submit their joint letter and proposed case management plan to Thursday, April 9, 2020.

This is Take-Two's first request to adjourn the initial conference. Defendant requested adjournment of the initial conference on two prior occasions, which the court granted. Dkt. Nos. 23, 25. Counsel for Defendant Johnathan Wyckoff consents to this request.

Application GRANTED.

SO ORDERED.

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI     3/2/2020
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*[signature: Dale M. Cendali]*

Dale M. Cendali

cc: Counsel of record (via ECF)