## **CERTIFICATE OF SERVICE**

       I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

       Respectfully submitted,

       Leonard J. French, Esq.
       PA Bar: 312413
       Attorney for John Doe
       The Law Firm of Leonard J. French
       PO Box 37635 #75055
       Philadelphia, Pennsylvania 19101-0635
       P: (610) 466-5644
       F: (888) 262-0632
       E: ljfrench@leonardjfrench.com