USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
TAKE-TWO INTERACTIVE SOFTWARE, INC.,

                Plaintiff,

-against-

JOHNATHAN WYCKOFF and JOHN DOES 1–10,

                Defendants.
------------------------------------------------------------ X

19-CV-11818 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS an initial pretrial conference in this matter is scheduled for **April 17, 2020 at 10:00 a.m.**;

      IT IS HEREBY ORDERED that the initial pretrial conference is CANCELLED. A case management plan will be entered separately.

**SO ORDERED.**

Date: April 9, 2020
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**