# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  | 601 Lexington Avenue<br>New York, NY 10022<br>United States |  |
|---|---|---|
| Dale M. Cendali, P.C.<br>To Call Writer Directly:<br>+1 212 446 4846<br>dale.cendali@kirkland.com | +1 212 446 4800<br>www.kirkland.com | Facsimile:<br>+1 212 446 4900 |

September 4, 2020

**VIA ECF**

Hon. Valerie Caproni
United States District Court for the
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

Re: *Take-Two Interactive Software, Inc. v. Wyckoff*, No. 1:19-cv-11818-VEC

Dear Judge Caproni:

We represent Plaintiff Take-Two Interactive Software, Inc. ("Take-Two") in the above-referenced litigation. We write jointly with counsel for Defendant Johnathan Wyckoff ("Wyckoff") to inform Your Honor that the parties' arbitration has ended, and the Arbitrator has entered a permanent injunction.

The parties have prepared the enclosed Stipulation to Confirm Arbitrator's Permanent Injunction Order Against Defendant Johnathan Wyckoff. We respectfully request that Your Honor so order the stipulation, which also will direct the Clerk to terminate this litigation as concluded. In addition, the parties wish to thank Your Honor for your efforts in this case.

Respectfully submitted,

*Dale M. Cendali*

Dale M. Cendali

Enclosure